

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 19, 2023

VIA ECF
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  *Elizabeth Ribot v. U.S. Department of State, et al.*, No. 23 Civ. 3384 (JLR)

Dear Judge Rochon:

This Office represents defendants (the "government") in the above-referenced action in which the plaintiff seeks an order compelling the U.S. Department of State to render a decision on the immigration visa application of plaintiff's spouse. I write respectfully on behalf of the parties to request that the initial pretrial conference, currently scheduled for July 26, 2023, Dkt. No. 7, as well as the joint letter and proposed case management plan and scheduling order due one week in advance of the conference, be adjourned *sine die*.

On July 12, 2023, the government filed a motion to dismiss. *See* Dkt. No. 11. Given that the motion is potentially dispositive and discovery is unnecessary in this matter, an adjournment of the initial pretrial conference and related pretrial submissions is in the interest of judicial economy. This is the parties' first request for an adjournment. Plaintiff will file a response to the motion to dismiss or an amended complaint by August 2, 2023, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and the Court's rules.[1] I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  s/ *Nancy Pham*
NANCY D. PHAM
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (202) 305-8062
E-mail: nancy.pham3@usdoj.gov
*Attorney for Defendants*

The request is GRANTED.  The conference is adjourned.  The Court grants the request to extend Plaintiff's deadline to oppose the motion to dismiss to **August 2, 2023**.

Dated: July 20, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

cc:  Counsel of record (via ECF)

---

[1] The parties respectfully request that, in the event plaintiff elects not to file an amended complaint, plaintiff's time to respond to the government's motion to dismiss be extended from July 26 to August 2. *See* Local Civ. R. 6.1(b)(2) (fourteen days to serve papers in opposition to a motion).